The following petitions for writs of certiorari are denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted.

No. 123, Misc. NETTLES v. ILLINOIS. Sup. Ct. Ill. *Louis P. Yangas* for petitioner. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 158, Misc. SMITH v. UNITED STATES. C. A. D. C. Cir. *John W. Karr* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 245, Misc. WHITE v. NEW YORK. Ct. App. N. Y. *Gretchen White Oberman* for petitioner. *Frank S. Hogan* for respondent.

No. 275, Misc. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. *James R. Willis* for petitioner. *John T. Corrigan* and *John T. Patton* for respondent.

No. 279, Misc. CLIFTON v. TEXAS. Ct. Crim. App. Tex. *Robert B. Billings* for petitioner. *Henry Wade* and *Wilson Johnston* for respondent.

No. 741, Misc. ACOSTA v. TEXAS. Ct. Crim. App. Tex. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender* and *Lonny F. Zwiener,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for respondent.

No. 829, Misc. FLUELLYN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Petitioner *pro se. Thomas J. Mackell* for respondent.

No. 1299, Misc. JONES v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.